

**Wendy B. Shepps**
Of Counsel

P: 973-623-6163
F: 973-623-9131
wshepps@podvey.com
Member of NY, NJ and FL Bars

November 27, 2012

PLEASE REPLY TO NEWARK

**VIA ECF**

Chief Magistrate Judge Steven M. Gold
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

|  | Re: | **Gazit v. Cohen & Slamowitz** | |
|---|---|---|---|
|  |  | Case No. | : | 12 CV 2617 |
|  |  | Our File No. | : | 004696.11924 |

Dear Hon. Gold:

This office represents Defendant Cohen & Slamowitz, LLP in the above-referenced matter.

Pursuant to our telephone conference with Your Honor and plaintiff's counsel, we advised that the plaintiff had accepted the Offer of Judgment served on behalf of the defendant. As this is an action alleging violation of the Fair Debt Collection Practices Act, the parties thereafter attempted to resolve the outstanding issue of the plaintiff's counsel's fees and costs.

At this juncture, the parties have been unable to resolve the claim for fees and costs. At this time, the demand and offer are $900 apart.

As the parties are unable to reach an agreement on this issue of fees and costs, we respectfully request the Court's direction as to how the parties should proceed at this time.

Respectfully submitted,

Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C.

Wendy B. Shepps